TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00182-CV

Ruby I. Clopton, Appellant

v.

Julie B. Sargent, M.D.; C. Armitage Harper, M.D.;

Eye Care Austin, P.A. d/b/a Texas Eye Care, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 98-06814, HONORABLE PETER M. LOWRY, JUDGE PRESIDING 

PER CURIAM

 Because appellant Ruby I. Clopton has failed to file a brief, we will dismiss the
appeal for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record and the court reporter's record in
this cause on April 22, 1999. Accordingly, appellant's brief was due on Monday, May 24, 1999. 

 By letter dated June 1, 1999, the Clerk of this Court notified the parties that the
appeal was subject to dismissal for want of prosecution unless appellant filed a brief by June 11,
1999, or tendered a motion for extension of time reasonably explaining the failure to do so. Thus
far, appellant has submitted neither a brief nor a motion for extension of time to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
Id. 42.3(b).

Before Justices Jones, B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed: June 30, 1999

Do Not Publish